RECEIVED
DEC 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DANNY W. DRIGGERS | CIVIL ACTION NO. 06-0888 |
| versus | JUDGE HICKS |
| BELLSOUTH CORPORATION | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

A Status Conference was held on December 19, 2006. The plaintiff seeks judicial review of his ERISA plan administrator's denial of his claim for short term disability benefits. The administrative record is ordinarily the only information the court may consider when reviewing such a case. It is the plan administrator's obligation to identify the evidence in the administrative record, but the claimant is permitted a reasonable opportunity to contest whether that record is complete. See Vega v. National Life Ins. Services, 188 F.3d 287, 299 (5th Cir. 1999) (en banc); Estate of Bratton v. National Union Fire Ins. Co., 215 F.3d 516, 521 (5th Cir. 2000). This schedule is issued in accordance with those principles.

Counsel for defendant is directed to deliver a date-stamped copy of the relevant plan documents and the entire administrative record to counsel for the plaintiff by **January 26, 2007**. Counsel for the plaintiff should review the record and promptly advise counsel for the defendant of any contentions that the record is not complete, so that any such issues may be resolved on a timely basis. The parties are directed to file by **March 30, 2007** a joint stipulation of facts setting out any necessary background facts and stipulating to the submission of the case for decision on the administrative record and plan documents, which

are to be submitted along with the stipulation. By **April 30, 2007**, plaintiff shall file a Motion for Decision on Administrative Record, along with his brief on the merits. The defendant's brief is due by **May 31, 2007**. Plaintiff may file a reply brief by **June 8, 2007**.

Counsel are advised that the Clerk of Court may issue a Notice of Motion Setting that contains briefing deadlines different than those set herein. However, the deadlines herein will control.

THUS DONE AND SIGNED at Shreveport, Louisiana, on December 20, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE